# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**Colorado Case: 23-mj-00090-KLM**

USA ,

v.

DAVID WILLIAM UNGER ,

Case No: 1:06−CR−00361−LJO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:50 am, May 11, 2023
JEFFREY P. COLWELL, CLERK

USMS FRESNO RCVD
APR 27 2023 PM 12:55

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** David William Unger

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Supervised Release Violation Petition**

charging him or her with *(brief description of offense)*

**Violation of Supervised Release**

in violation of Title  **18**  United States Code, Section(s)  **3143**

| C. Marrujo | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 4/27/23          Fresno, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at  **NO BAIL** | by **District Judge Ana de Alba** |

### RETURN

This warrant was received and executed with the arrest of the above−named defendant _____

Date Received _____   Name and Title of Arresting Officer _____

Date of Arrest _____   Signature of Arresting Officer _____