# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | David William Unger | **Docket Number:** | 0972 1:06CR00361-001 |

**Name of Judicial Officer**:     United States District Judge Jennifer L. Thurston

**Date of Original Sentence:**     11/16/2007

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors (Class C Felony)

**Original Sentence:** 87 months Bureau of Prisons, 120 months supervised release, $100 special assessment, mandatory drug testing.

**Special Conditions:** 1) Search; 2) Financial Disclosure; 3) Drug/Alcohol Treatment; 4) Drug/Alcohol Testing; 5) No Alcohol; 6) Mental Health Treatment; 7) Aftercare Co-payment; 8) No On-Line Computer Access; 9) Computer Inspection; 10) Phone Record Disclosure; 11) Notice to Employer of Computer Restriction; 12) Sex Offender Treatment; 13) Pornography Restriction; 14) No Contact With All Minors

**Type of Supervision:**     TSR

**Date Supervision Commenced:**     7/17/2013

**Other Court Actions:**

| | |
|---|---|
| **03/21/2018**: | Probation Form 12C, Petition for Warrant or Summons, filed with the Court alleging new law violation and unauthorized/excessive use of alcohol. The Court ordered an arrest warrant. |
| **03/26/2018**: | The supervisee was arrested by the United States Marshals service. |
| **05/21/2018**: | The Court ordered the supervisee to be released to a representative of the Fresno Rescue Mission from the Fresno County Jail on May 22, 2018, to be admitted and complete the residential program. Status conference was set for November 5, 2018. |

RE: **David William Unger**                              Docket Number: 0972 1:06CR00361-001

**02/22/2019**: Probation Form 12C, Superseding Petition for Warrant, was filed with the Court alleging a new law violation, unauthorized/excessive use of alcohol, and failure to reside and participate in the Fresno Rescue Mission. The Court ordered warrant for arrest.

**02/22/2019**: The supervisee was arrested by the United States Marshals service.

**02/25/2019**: Supervisee appeared in the United States District Court for an initial appearance and denied the allegations.

**03/11/2019**: Contested hearing held regarding violation petition. Charge 3 of the Superseding Petition is dismissed. Sentencing to be held on Charges 1 and 2.

**07/29/2019**: Supervised release revoked. Sentenced to custody of Bureau of Prisons for a term of 7 months and 4 days, and 115 months of supervised release

**Special conditions**: 1) Financial Disclosure; 2) Drug/Alcohol Testing; 3) Outpatient Drug/Alcohol Counseling; 4) Abstain from Alcohol; 5) Mental Health Treatment; 6) Aftercare Co-payment; 7) Search; 8) No On-Line Access; 9) No Contact w/All Minors; 10) Computer Inspection; 11) No Pornography; 12) Cellular Phone Restriction; 13) Employer Disclosure; 14) Sex Offender Counseling; 15) Pre-approved Residence; 16) Sex Offender Registration; 17) Participate in Sober Living Environment

**08/18/2019:** Recommenced supervision.

**01/13/2023**: Probation Form 12A, Report on Offender Under Supervision, submitted to the Court advising a new law violation and unauthorized/excessive use of alcohol. The Court agreed with officer's recommendation to allow the supervisee to remain on supervised release and allow the District of Colorado Probation Office to continue working with him to address his noncompliance.

---

## PETITIONING THE COURT

☒ **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

☐ **TO ISSUE A SUMMONS**

☐ **OTHER:**

RE: **David William Unger**                                        Docket Number: 0972 1:06CR00361-001

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**Charge Number**          **Nature of Violation**

**Charge 1:**      **UNAUTHORIZED/EXCESSIVE USE OF ALCOHOL**

The supervisee admitted to consuming alcohol on April 23, 2023. This is in violation of special condition No. 4: "The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale."

**Justification:** On April 24, 2023, I was notified by District of Colorado United States Probation Officer, Desirae Torres, who is the supervising officer for the supervisee, that she had conducted a home visit at the supervisee's residence that day. During the home visit, Mr. Unger admitted to consuming alcohol with his last use approximately two weeks ago. He reported that he had consumed two 24oz Budweiser beers. An ethyl glucuronide (EtG) alcohol test was administered on Mr. Unger and resulted in a positive result for alcohol. Mr. Unger then admitted to consuming one 24oz of Budweiser the night prior. He acknowledged that he was not allowed to be consuming alcohol but stated, "I'm not drinking and driving anymore." It should be noted that the supervisee was arrested for driving under the influence of alcohol (DUI) in December 2022. In January 2023, with the Court's approval, a plan was made to increase his treatment programming as well as urinalysis testing. In February 2023, the supervisee also admitted to his polygraph examiner that he had been consuming alcohol since his DUI arrest, and subsequently provided an inconclusive polygraph exam.

**Detention:** Given his continued alcohol use despite treatment engagement, increased testing, and supervision efforts, Mr. Unger continues to violate his supervision conditions knowingly and willfully. He poses a significant risk to the community as he was nearly in a head-on collision during his arrest in December 2023 due to driving under the influence of alcohol, and continues his alcohol consumption with no remorse.

RE: **David William Unger**     Docket Number: 0972 1:06CR00361-001

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**     April 26, 2023
                     Fresno, California

Respectfully submitted,

*[signature: Breanna Garcia]*

**Breanna Garcia**
**United States Probation Officer**
Telephone: (559) 499-5701

**DATED:**     4/26/2023

Reviewed by,

*[signature: Marlene K. DeOrian]*

**Marlene K. DeOrian**
**Supervising United States Probation Officer**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  The issuance of a no bail warrant. This Petition is sealed until further order of the court.

☐  The issuance of a summons.

☐  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐  Defendant is ordered detained, to be brought before District Judge forthwith.

☒  Initial appearance and detention hearing before Magistrate Judge.

IT IS SO ORDERED.

    Dated:   **April 26, 2023**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

CC:

RE: **David William Unger**                             Docket Number: 0972 1:06CR00361-001

United States Probation

Assistant United States Attorney:

United States Marshal Service

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Jennifer L. Thurston
United States District Judge
Fresno, California

                            RE:    Unger, David William
                                    **Docket Number:** 0972 1:06CR00361-001

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**     **UNAUTHORIZED/EXCESSIVE USE OF ALCOHOL**
       a.  **Evidence:**

             i.  Polygraph Exam Results

       b.  **Witnesses:**

             i.  United States Probation Officer Desirae Torres (District of Colorado)

                                              Respectfully submitted,

                                              */s/ Breanna Garcia*

                                              **Breanna Garcia**
                                              **United States Probation Officer**
                                              Telephone: (559) 499-5701

**DATED:**   4/26/2023
                Fresno, California

                                              Reviewed by,

RE: **David William Unger**                                  **Docket Number: 0972 1:06CR00361-001**

*[signature: Marlene K. DeOrian]*

**Marlene K. DeOrian**
**Supervising United States Probation Officer**

RE: **David William Unger**                                    **Docket Number:** 0972 1:06CR00361-001

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** David William Unger     **Docket Number:** 0972 1:06CR00361-001

**Date of Original Offense:** Between 11/2005 and 10/11/2006

**Original term of supervised release imposed:** 10 **years**

**Highest grade of violation alleged:** C

**Criminal History Category of person under supervision:** II

**Original guideline range:** 87 **to** 108 **months.**

**Chapter 7 range of imprisonment:** 4 **to** 10 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

- ☐ **Class A felony - 5 years (or stat max of years if longer)**
- ☐ **Class B felony - 3 years**
- ☒ **Class C and/or D felony - 2 years**
- ☐ **Class E felony and misdemeanors - 1 year**

**Violation requires mandatory revocation:  YES:** ☐   **NO:** ☒

**Original offense committed on or after 04/30/2003**: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

### MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.