IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00090-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID WILLIAM UNGER,

       Defendant.
_____

## NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                         Respectfully submitted,

                         VIRGINIA GRADY
                         Federal Public Defender

                         *s/ Kristin Whitaker*
                         KRISTIN WHITAKER
                         Assistant Federal Public Defender
                         633 17th Street, Suite 1000
                         Denver, CO  80202
                         Telephone:  (303) 294-7002
                         FAX:  (303) 294-1192
                         Kristin_Whitaker@fd.org
                         Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Lee Surratt, Assistant United States Attorney
     Email:  andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David William Unger     *held on file*

     *s/ Kristin Whitaker*
     KRISTIN WHITAKER
     Assistant Federal Public Defender
     633 17th Street, Suite 1000
     Denver, CO  80202
     Telephone:  (303) 294-7002
     FAX: (303) 294-1192
     Kristin_Whitaker@fd.org
     Attorney for Defendant